**Dominic J. Falasco, 161956**
**LAW OFFICES OF DOMINIC J. FALASCO**
A Professional Corporation
90 E. Pacheco Boulevard
Los Banos, CA  93635
Telephone: (209) 826-5200
Facsimile: (209) 826-5400

Attorney for PEDRO GALVAN, JR., Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re the Matter of ) <br> ) <br> UNITED STATES OF AMERICA ) <br>         Plaintiff ) <br> ) <br>    v. ) <br> ) <br> PEDRO GALVAN JR. ) <br>         Defendant ) <br> ) | Case No. 1:08-CR-00377-AWI-1 <br><br> **STIPULATION AND ORDER THEREON TO CONTINUE STATUS CONFERENCE** |

    **IT IS HEREBY STIPULATED,** by and between Defendant PEDRO GALVAN, JR. through his attorney, DOMINIC J. FALASCO, and Plaintiff UNITED STATES OF AMERICA, through its counsel of record United States Attorney KIMBERLY SANCHEZ that the status conference hearing currently set for December 1, 2008 at 9:00 AM, be continued to January 12, 2008 at 9:00 AM.

    The defendant's counsel has requested this continuance due to a conflict in scheduling and is needed in Stanislaus County Superior Court for multiple preliminary hearings.  Therefore, the parties stipulate to continue this hearing to January 12, 2009 at 9:00 AM and further request the Court to Order the same.

Dated: _____          _____
                                                               KIMBERLY SANCHEZ, U.S. Attorney

Dated: _____          _____
                                   DOMINIC J. FALASCO
                                   Attorney for PEDRO GALVAN, JR., Defendant



**UPON GOOD CAUSE SHOWN** and the Stipulation of the parties, it is ordered that the December 1, 2008 status conference hearing be continued to January 12, 2009 at 9:00 AM.


IT IS SO ORDERED.


Dated:   **December 1, 2008**              /s/ Anthony W. Ishii
                                   CHIEF UNITED STATES DISTRICT JUDGE