1 | LAWRENCE G. BROWN
United States Attorney
2 | KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
3 | 4401 Federal Building
2500 Tulare Street
4 | Fresno, CA  93721
Telephone: (559) 497-4000
5
6
7
8               UNITED STATES DISTRICT COURT
9               EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA    ) Case No. 1:08-cr-00377 AWI
                                )
12 |             Plaintiff,      ) STIPULATION AND
                                ) ORDER FOR CONTINUANCE
13 |       v.                    )
                                )
14 | PEDRO GALVAN, JR.,          )
                                )
15 |             Defendant.      )
   _____)
16

17     IT IS HEREBY STIPULATED by and between Lawrence G. Brown,
18 United States Attorney and Kimberly A. Sanchez, Assistant U.S.
19 Attorney and Dominic Falasco, attorney for defendant, move for
20 the status conference and motion hearing currently set for August
21 31, 2009 at 9:00 a.m. to be continued to September 21, 2009 at
22 9:00 a.m.
23     Counsel are engaging in plea discussions that could lead to
24 a disposition of the matter, and require additional time for the
25 discussions to finalize.  The parties agree that time should be
26 excluded from the speedy trial calculation for this reason in the
27 interest of justice.
28 //

1 | Dated: August 27, 2009					Respectfully submitted,

					LAWRENCE G. BROWN
					United States Attorney

					By    /s/ Kimberly A. Sanchez
					KIMBERLY A. SANCHEZ
					Assistant U.S. Attorney

Dated: August 27, 2009					 /s/ Dominic Falasco
					DOMINIC FALASCO
					Attorney for Pedro Galvan, Jr.


					**ORDER**

IT IS SO ORDERED.

**Dated:   August 28, 2009**					 **/s/ Anthony W. Ishii**
					CHIEF UNITED STATES DISTRICT JUDGE